# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINIQUE KENDALL BROWN,<br><br>Defendant. | Case No. CR 22-19-GF-BMM<br><br>**ORDER<br>AMENDING PRESENTENCE REPORT** |

Defendant Dominique Kendall Brown, having filed an Unopposed Motion to Amend or Add an Addendum to the Presentence Report and good cause appearing;

IT IS HEREBY ORDERED that the PSR (Doc.39) shall be amended to indicate that:

The charges in Paragraph numbers 37 and 38 are now dismissed.

DATED this 25th day of October, 2022.

_____
Brian Morris, Chief District Judge
United States District Court

1